IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BLAKE PACK**  **PLAINTIFF**
**#120644**

V.   Case No. 4:20-cv-01217-LPR

**TIM RYLES, Sheriff, Faulkner County;**
**CHRISTOPHER REID MILLER, Captain,**
**Faulkner County; T. COLLINS, Sgt.,**
**Faulkner County; and JOHN RANDALL,**
**Jail Administrative, Faulkner County**   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on December 3, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE